**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6300**

UNITED STATES OF AMERICA,

                    Petitioner - Appellee,

          v.

JON KARL THOMPSON,

                    Respondent - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:15-hc-02253-FL)

Submitted:  June 21, 2018                                        Decided:  June 26, 2018

Before DIAZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jon Karl Thompson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jon Karl Thompson appeals the district court's orders denying his motions for appointment of a guardian ad litem and for transfer to Arkansas. Our review of the record discloses that Thompson failed to demonstrate entitlement to appointment of a guardian ad litem under Fed. R. Civ. P. 17(c). Nor has he demonstrated that Arkansas is willing to accept responsibility for his custody, care and treatment. *See* 18 U.S.C. § 4248(d) (2012). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*